ORDERED.

Dated: May 31, 2017

*Roberta A. Colton*
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:                                                    CASE NO.: 6:16-bk-07598-RAC
                                                                                                 CHAPTER 7

Cesar Antonio Figueroa, Jr.,

   Debtor.

_____/

**AGREED ORDER GRANTING IN PART AND DENYING IN PART NATIONSTAR MORTGAGE LLC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came on consideration without a hearing on U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-FF2's ("Secured Creditor") Motion for Relief from Stay (Docket No. 21) and the Response to Motion for Relief from stay Filed by Trustee Arvind Mahendru.  The Court having reviewed the record and noting the agreement of the parties, it is:

PAGE 1

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED IN PART and DENIED IN PART without prejudice, as set forth below.

2. The Secured Creditor's Motion shall be deemed GRANTED in the event the Trustee fails to consummate a closing on the contingently approved short sale on or before July 14, 2017 (the closing date), regarding the property located at 10107 BROWNWOOD AVE, ORLANDO, FL 32825 and legally described as:

    LOT 310, PARK MANOR ESTATES UNIT ELEVEN "A", ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 6, PAGES 23 AND 24, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

3. The Motion shall be deemed DENIED in the event the Trustee consummates a successful closing on the short-sale contract regarding the above-mentioned Property on or before the closing date.

4. In the event the Motion is deemed Granted, the automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to the Secured Creditor, its successors and/or assigns, regarding the aforementioned Property.

5. In the event the Motion is deemed Granted, the Order is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an in *personam* judgment against Debtor(s).

6. In the event the Motion is deemed Granted, Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

7. In the event the Motion is deemed Granted, Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

8. In the event the Motion is deemed Granted, attorneys' fees in the amount of $750.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Attorney, Melbalynn Fisher, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

RICHARD A HELLER
RICHARD A. HELLER, P.A.
611 N. WYMORE RD., SUITE 219
ORLANDO, FL  32789

CESAR ANTONIO FIGUEROA, JR.
10107 BROWNWOOD AVENUE
ORLANDO, FL  32825

ARVIND MAHENDRU
5703 RED BUG LAKE ROAD, SUITE 284
WINTER SPRINGS, FL  32708

UNITED STATES TRUSTEE - ORL7/13
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL  32801