Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

CESAR FIGUEROA
BRIDGET FIGUEROA
10107 BROWNWOOD AVE
ORLANDO         FL  32825



05/22/17

CESAR FIGUEROA                                                        RE:  Loan Number: ███3375
BRIDGET FIGUEROA
10107 BROWNWOOD AVE
ORLANDO            FL  32825


Property Address:     10107 BROWNWOOD AVE
                      ORLANDO            FL 32825


Dear CESAR FIGUEROA,
     BRIDGET FIGUEROA

Specialized Loan Servicing LLC ("SLS") has been authorized by the Investor to accept a "short sale" in connection with the above referenced property, release the lien secured by its Deed of Trust or Mortgage, and release you from liability under your promissory note, contingent on the fulfillment of the conditions listed below:

1. Return of signed acknowledgement of the approval letter by fax at closing
2. Receipt of the final Settlement Statement by fax at closing
3. Receipt of Minimum Net Proceeds in the amount and timeframe specified in this agreement
4. Receipt of additional agreed upon funds if applicable

The <u>minimum net proceeds</u> approved of $3000.00 (US) must be received in our office before the close of business on 06/20/17.

| **Due Date of Payment** | **Payment Amount** |
|---|---|
| 06/20/17 | $3000.00 |


In addition to the Minimum Net Proceeds, SLS must receive $2975.00 in certified funds from a source designated by you prior to the closing. If any of the above requested documents and information, as well as all requested proceeds are not received in our office by the date given, this approval will be null and void and you will need to contact our office for updated approval.

If you have not already done so, please send the requested documentation, along with the name of the title company's closing agent and a contact number to SLS at the fax number referenced below so that we can make arrangements for direct payment of the proceeds. If you are a customer in bankruptcy, additional approval from the court and/or trustee acknowledging acceptance of these terms may be required in order to complete this process.

You will NOT receive any proceeds at closing and if applicable, any escrow funds and overages for fees associated with this loan, which includes, but is not limited to attorney's fees, any and all pro-rations and escrow cushion will be netted against the outstanding balance of the mortgage.

At least 24 hours prior to closing, a copy of the final Settlement Statement must be faxed to the attention of the Recovery Department for approval. If you become aware of any changes to the approved terms and the loan cannot close or fund, you should contact this office immediately.

If you have any questions regarding this information, please contact Recovery Services toll free at 1-800-268-9706., Monday through Thursday, 7:00 a.m. until 7:00 p.m. MT and Friday 8:00 a.m. until 12:00 p.m. MT. SLS accepts calls from relay services on behalf of hearing impaired borrowers.

Sincerely,

Recovery Department
Specialized Loan Servicing LLC

**PLEASE NOTE** - As a result of this Short Sale Offer, debt under your Mortgage Note may have or has been forgiven and there may be tax consequences to you.  Please consult your tax advisor.

**SPECIALIZED LOAN SERVICING LLC IS REQUIRED BY FEDERAL LAW TO ADVISE YOU THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO INFORM YOU OF THE STATUS OF THE MORTGAGE SECURED BY THE SUBJECT PROPERTY.  THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. IF YOU RECEIVED A DISCHARGE OF THE DEBT IN BANKRUPTCY, WE ARE AWARE THAT YOU HAVE NO PERSONAL OBLIGATION TO REPAY THE DEBT.  WE RETAIN THE RIGHT TO ENFORCE THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY, IF ALLOWED BY LAW AND/OR CONTRACT.  IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.**

**NOTICES OF ERROR AND REQUESTS FOR INFORMATION (INCLUDING QUALIFIED WRITTEN REQUESTS), MUST BE SUBMITTED IN WRITING TO: SPECIALIZED LOAN SERVICING LLC, P.O. BOX 630147, LITTLETON, CO  80163-0147**

Loan number # ▮▮▮▮▮▮43375

All seller proceeds from the sale must be made payable to Specialized Loan Servicing LLC in the form of a cashier's check and remitted immediately after closing and mailed to:

>Specialized Loan Servicing LLC
>Attn: Cashiering Department
>8742 Lucent Blvd, Suite 300
>Highlands Ranch, CO 80129

Proceeds may also be wired to:

>Bank Name: Wells Fargo Bank NA
>Bank Address: 420 Montgomery Street San Francisco, CA 94104
>Account Number: 2000042928232
>Bank ABA Number: 121000248
>Account Name: SLS – Wire Clearing

Reference your name, SLS Loan number, and property address to ensure payments are properly applied.

Please complete the following information so that we may update our records:

Customer's Daytime telephone number: _____

Mailing Address: _____

City, State, Zip:_____

| By Fax: | By Email: | By Mail: |
|---|---|---|
| 1-303-895-2513 | recoverydocs@sls.net | Specialized Loan Servicing LLC<br>Attn: Recovery Department<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129 |

**My signature below acknowledges acceptance of the above terms and conditions.**

_____
**CESAR FIGUEROA**                                date

_____
  **BRIDGET FIGUEROA**                          date

GL 2.27  1010043375  05/22/17