**American Land Title Association**         ALTA Settlement Statement - Combined  
Adopted 05-01-2015

---

FileNo./Escrow No.: 17-036  
Print Date & Time: 5/20/2017 @ 10:46 AM  
Officer/Escrow Officer: Marlene Benner  
Settlement Location:  
605 E. Robinson Street #720  
Orlando, Florida  32801

**Prominence Title & Escrow, LLC**

605 E. Robinson Street #720  
Orlando, Florida  32801

---

Property Address: 10107 Brownwood Ave., Orlando, Florida  32825  
Buyer: Carlos Rolando Iglesias  Garcias Dominga Fabelo  Martinez  
Seller: Arvind Mahendru BK Trustee for Cesar Antonio Figueroa, Jr.  
Case #6:16-bk-07598-RAC  
Lender: TO BE DETERMINED  
Loan Type: Conventional Settlement

Settlement Date: 7/14/2017  
Disbursement Date:  /  /  
Additional dates per state requirements:

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $170,000.00 | Sales Price of Property | $170,000.00 | |
| | | Deposit including earnest money | | $2,000.00 |
| | | Loan Amount | | $161,500.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $47.31 | Non-Ad Valorem from 7/14/2017 to 9/30/2017 | $47.31 | |
| $635.83 | | County Taxes from 1/1/2017 to 7/13/2017 | | $635.83 |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | Title - Endorsement 5.1 to Prominence Title & Escrow, LLC | $35.00 | |
| | | Title - Endorsement 8.1 to Prominence Title & Escrow, LLC | $35.00 | |
| | | Title - Endorsement FL Form 9 to Prominence Title & Escrow, LLC | $117.50 | |
| | | Title - Lender's Coverage Premium to Prominence Title & Escrow, LLC | $882.50 | |
| $900.00 | | Title - Settlement Fee to Prominence Title & Escrow, LLC | $600.00 | |
| $60.00 | | Title - Title Search Fee to Old Republic National Title Insurance Company | | |
| $292.50 | | Title - Owner's Coverage Premium to Prominence Title & Escrow, LLC | | |
| | | | | |
| | | **Commission** | | |
| $3,400.00 | | Real Estate Commission (Buyer) to Lovera Realty LLC | | |
| $3,400.00 | | Real Estate Commission (Seller) to Century 21 Carioti | | |
| $3,400.00 | | Real Estate Commission Court Ordered | | |

**American Land Title Association**  ALTA Settlement Statement - Combined
Adopted 05-01-2015

| | | Government Recording & Transfer Charges | | |
|---|---|---|---|---|
| | | Recording Fees to Simplifile | $224.00 | |
| | | E-Record Court Order to Sell Property to Simplifile | $57.00 | |
| $1,190.00 | | Transfer Taxes - Deed State to Simplifile | | |
| | | Transfer Taxes - Intangible Tax to Simplifile | $323.00 | |
| | | Transfer Taxes - Mortgage State to Simplifile | $565.25 | |
| | | | | |
| | | **Payoff(s)** | | |
| $143,048.98 | | Lender: | | |
| | | Principal Balance ($143,048.98) | | |
| | | Interest on Payoff Loan () | | |
| $3,000.00 | | Lender: Specialized Loan Servicing, LLC | | |
| | | Principal Balance ($3,000.00) | | |
| | | Interest on Payoff Loan () | | |
| | | | | |
| | | **Miscellaneous** | | |
| | | 2016 Real Property Taxes PAID 11/18/16 to Orange County Tax Collector (POC by Seller: $1,414.85) | | |
| $9,150.00 | | Bankruptcy Estate Fee to Arvind Mahendru, as Trustee of the Bankruptcy Estate of Cesar Figueroa | | |
| $100.00 | | Court Order pnd approval 11 U.S.C. § 506(c) to TRG | | |
| | | E-Recording Fee to Simplifile | $9.00 | |
| $1,200.00 | | HOA Dues to HOA | | |
| $200.00 | | HOA Estoppel Fee to Elite Property Research | | |
| $70.00 | | Municipal Lien Certificate Fee to Elite Property Research | | |
| | | Survey Fee | $275.00 | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $170,047.31 | $170,047.31 | **Subtotals** | $173,170.56 | $164,135.83 |
| | | Due From Borrower | $9,034.73 | |
| | | Due From Seller | | |

**American Land Title Association**                                                        ALTA Settlement Statement - Combined
                                                                                           Adopted 05-01-2015

**Acknowledgement**
We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement.  We/I authorize Prominence Title & Escrow, LLC to cause the funds to be disbursed in accordance with this statement.


Borrower: _____     Seller: _____
          Carlos Rolando Iglesias  Garcias                     Arvind Mahendru BK Trustee for Cesar Antonio
                                                               Figueroa, Jr.
                                                               Case #6:16-bk-07598-RAC


Borrower: _____
          Dominga Fabelo  Martinez


I have reviewed the Closing Disclosure, the settlement statement, the lender's closing instructions and any and all other forms relative to the escrow funds, including any disclosure of the Florida title insurance premiums being paid, and I agree to disburse the escrow funds in accordance with the terms of this transaction and Florida law.

_____
Escrow Officer