5/25/2017

To Whom It May Concern:

I Bridget Figueroa give my consent to the Short Sale of the property located at 10107 Brownwood Ave Orlando, Fl. 32825. I have no Objection to this sale.

Sincerely

Bridget Figueroa

*Bridget Figueroa*

STATE FL, Orange County of Orange
Before me this 25th day of May, 2017 by Bridget Figueroa, who is personally known to me and who did take an oath.

*Cynthia Lopez*





GL 2.27  05/22/17

Loan number # 1010043375

All seller proceeds from the sale must be made payable to Specialized Loan Servicing LLC in the form of a cashier's check and remitted immediately after closing and mailed to:

> Specialized Loan Servicing LLC
> Attn: Cashiering Department
> 8742 Lucent Blvd, Suite 300
> Highlands Ranch, CO 80129

Proceeds may also be wired to:

> Bank Name:         Wells Fargo Bank NA
> Bank Address:      420 Montgomery Street San Francisco, CA 94104
> Account Number:    2000042928232
> Bank ABA Number:   121000248
> Account Name:      SLS – Wire Clearing

Reference your name, SLS Loan number, and property address to ensure payments are properly applied.

Please complete the following information so that we may update our records:

Customer's Daytime telephone number: _____

Mailing Address: _____

City, State, Zip:_____

| By Fax: | By Email: | By Mail: |
|---|---|---|
| 1-303-895-2513 | recoverydocs@sls.net | Specialized Loan Servicing LLC<br>Attn: Recovery Department<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129 |

**My signature below acknowledges acceptance of the above terms and conditions.**

_____
**CESAR FIGUEROA**                    date

*Bridget Figueroa* 5/15/17
**BRIDGET FIGUEROA**                  date

By signing this document, you state that you understand and agree to comply with the terms and conditions outlined above. Additionally, you are certifying that this document and any other documents that have been used in conjunction with obtaining our approval and the closing of this transaction have been signed with your consent and are true and correct. Any misrepresentation and/or misstatement will void our approval of the sale and may subject you to potential criminal investigation and prosecution.

_____  _____  *Bridgt Figueroa*  5/25/17
Seller                   Date     Seller              Date

_____  _____  _____  _____
Buyer                    Date     Buyer                    Date

_____  _____  Notary Stamp:
Closing Agent            Date

STATE, FL, Orange County
The foregoing document was acknowledged this 25th day of May, 2017 by Bridget Figueroa who personally to me.

[Signature]

CYNTHIA LOPEZ
Notary Public - State of Florida
Commission # FF 220100
My Comm. Expires May 15, 2019
Bonded through National Notary Assn.

CF530 1518                                                         0014303267