UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

                                      Case No.: 16-07598
                                      Chapter 7

CESAR FIGUEROA JR

              Debtor(s)        /

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN THAT:** A preliminary hearing will be held on July 6, 2017 at 2:00 p.m. in Courtroom #6C on the 6th floor, 400 W Washington St, Orlando FL 32801, before the Honorable Roberta Colton, United States Bankruptcy Judge, to consider and act upon the following:

Motion to Sell (DE# 30)

Appropriate Attire: You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman. The hearing may be continued upon announcement made in open Court with further notice. Due to heightened security procedures persons must present photo identification to enter the courthouse.

I HEREBY CERTIFY that on this 7th day of June 2017, at true and correct copy of the foregoing has been furnished by CM/ECF Electronic Mail or by US Mail to all parties listed below :

SPS c/o Melbalynn Fisher via ECF; Cesar Antonio Figueroa, Jr., 10107 BROWNWOOD AVENUE, ORLANDO, FL 32825; Richard A Heller, Richard A. Heller, P.A., 611 N.

Wymore Rd., Suite 219, Winter Park, FL 32789; Bridget Figueroa, 833 Bella Vista Way, Orlando, FL 32825; Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129, Attn. President, Officer, Manager, Managing Agent, where creditor routinely does business

**/s/ Arvind Mahendru**
ARVIND MAHENDRU
5703 Red Bug Lake Rd. #284
Winter Springs Florida 32708
Telephone: (407) 504-2462
amtrustee@gmail.com